

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2022

No. 04-22-00720-CV

**IN RE** Stephen Patrick **BLACK**

Original Proceeding[1]

**ORDER**

On October 28, 2022, relator filed a petition for writ of mandamus complaining of the trial court's failure to rule on his constitutional challenge motion. On November 10, 2022, relator filed a motion to dismiss his petition for writ of mandamus. We **GRANT** the motion and **DISMISS** the petition for writ of mandamus.

It is so **ORDERED** on November 30, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-15-1805, styled *In the Commitment of Stephen Patrick*, pending in the 274th Judicial District Court, Guadalupe County, Texas, the Honorable Gary L. Steel presiding.